IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | CR. NO. 2:05cr86-C |
| | ) | WO |
| SHARON RODGERS FRANCE | ) | |

## ORDER

On July 13, 2005 the defendant filed a motion for continuance (doc. # 12) in this case. Upon consideration of the motion, the court concludes that the motion should be granted.

While the granting of a motion for continuance is left to the sound discretion of the court, the Speedy Trial Act places limits on that discretion. *See* 18 U.S.C. § 3161. Under the act, the trial of a defendant must commence within 70 days of the date of the indictment or the date of the defendant's first appearance before a judicial officer, whichever is later. 18 U.S.C. § 3161(c)(1). *See United States v. Vasser*, 916 F.2d 624 (11th Cir. 1990). Excluded from this 70 day period is any continuance which a judge grants "on the basis of . . . findings that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial." 18 U.S.C. § 3161(h)(8)(A). Before granting a continuance, the court must consider among other factors "[w]hether the failure to grant [the] continuance . . . would be likely to . . . result in a miscarriage of justice." 18 U.S.C. § 3161(h)(8)(B)(I). *See also United States v. Wentland*, 582 F.2d 1022 (5th Cir. 1978). The court also must consider "whether the failure to grant such a continuance . . . would deny counsel for the defendant or the attorney for the government the reasonable time necessary for effective preparation, taking into account the exercise of due diligence." 18

U.S.C. § 3161(h)(8)(B)(iv).

The defendant's request for pretrial diversion remains pending before United States Attorney Leura Canary.  A decision regarding diversion will not be complete before the trial of this case, presently set for July 18, 2005.  Requiring a trial under these circumstances is not beneficial to the parties or the public.  For these reasons, the court finds that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial, and it is

ORDERED that the motion for a continuance (doc. # 12) is due to be and is hereby GRANTED.  It is further

ORDERED as follows:

1.  That this case be and is hereby continued for jury selection on and trial during the term beginning on **September 19, 2005.  Absent extraordinary circumstances, the court will not continue this trial again.**

2.  That this case be and is hereby set for a pretrial conference on **August 15, 2005**, at **3:30 a.m.** in Courtroom 4B, United States Courthouse Complex, Montgomery, Alabama.

Done this 14th day of July, 2005.


_____/s/Charles S. Coody_____
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE

2